■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN M., Appellant. — Appeal by defendant from a judgment of the County Court, Rockland County (Edelstein, J.), rendered January 15, 1982, convicting him of criminal sale of a controlled substance in the fourth degree, upon his plea of guilty, and sentencing him to a term of imprisonment of 60 days to run concurrent with a five-year term of probation, and denying him youthful offender status.

Judgment modified, as a matter of discretion in the interest of justice, by vacating defendant's conviction and adjudicating him a youthful offender. As so modified, judgment affirmed, and case remitted to the County Court, Rockland County, for further proceedings pursuant to CPL 460.50 (5).

Under all of the circumstances, defendant should have been afforded youthful offender status. Mollen, P. J., Lazer, Mangano and Eiber, JJ., concur.